UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
SEP 0 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: Gabriel Richard Viramontes
Docket Number: 2:07CR00432-03
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Your Honor:

The above matter is scheduled for judgment and sentencing on October 7, 2011. Due to the workload of the undersigned, more time is needed to interview the defendant and complete the presentence report. At this time, an interview date has been scheduled with the attorney. Therefore, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar, if approved.

Respectfully submitted,

/s/ for BBH

BRENDA BARRON-HARRELL
United States Probation Officer

REVIEWED BY: /s/
Hugo Ortiz
Supervising United States Probation Officer

Dated: September 2, 2011
Sacramento, California
BBH

Attachment

1

**RE:** Gabriel Richard Viramontes
Docket Number: 2:07CR00432-03

## CONTINUANCE OF JUDGMENT AND SENTENCING

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

_____  9/6/11
EDWARD J. GARCIA
Senior United States District Judge     Date

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:07CR00432-03 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| GABRIEL RICHARD VIRAMONTES | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/02/2011, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 11/25/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/18/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/11/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/04/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/21/2011 |

Rev. 10/2009
CONTINUANCE – TO JUDGE (EJG).MRG