```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2755

 5

 6

 7             IN THE UNITED STATES DISTRICT COURT FOR THE

 8                    EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,       )  Case No. 2:07-cr-00432 EJG
                                    )
11             Plaintiff,           )  MOTION AND ORDER TO DISMISS
                                    )  **COUNT 36** OF THE INDICTMENT AS
12       v.                         )  TO DEFENDANT **JAMES ROY MARTIN**
                                    )
13  JAMES ROY MARTIN,               )
    MARIO FELINI, III,              )
14  GABRIEL RICHARD VIRAMONTES, and )
    JOSEPH SALVATORE GALLO,         )
15                                  )
               Defendants.          )
16  _____)

17
         The United States Attorney's Office, pursuant to Rule 48(a)
18
    of the Federal Rules of Criminal Procedure, hereby moves to
19
    dismiss Count 36 of the indictment, a violation of 18 U.S.C. §
20
    1956(h), conspiracy to launder funds, as to defendant James Roy
21
    Martin without prejudice in the interest of justice.
22

23
    DATED: October 24, 2011             Respectfully submitted,
24
                                        BENJAMIN B. WAGNER
25                                      United States Attorney

26
                                   By:   /s/ Michael D. Anderson
27                                      MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney
28

                                    1
```

**ORDER**

**IT IS HEREBY ORDERED** that the Count 36 of the indictment, a violation of 18 U.S.C. § 1956(h), conspiracy to launder funds, be dismissed as to defendant James Roy Martin without prejudice in the interest of justice.

DATED: October 25, 2011  /s/ Edward J. Garcia
　　　　　　　　　　　　　　HON. EDWARD J. GARCIA
　　　　　　　　　　　　　　United States District Judge