1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARIO FELLINI, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-07-00432-EJG |
| v. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING TO FRIDAY FEBRUARY 17, 2012 |
| JAMES ROY MARTIN, et al., | |
| DEFENDANTS. | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney. Mr. Michael D. Anderson, and defendant MARIO FELLINI, III, by his attorney James R. Greiner, hereby stipulate and agree that the Judgment and Sentencing calendared for **Friday, December 16, 2011, at 10:00 a.m.** before the Honorable Senior United States District Court Judge, Edward J. Garcia, shall be continued to **Friday, February 17, 2012, at 10:00 a.m.**

The Court's courtroom deputy, Ms. Colleen Lydon, has been contacted to ensure the Court's calendar was available for that date and the Court is available on **Friday, February 17, 2012.**

Probation has been contacted, and probation has no objection to the continuance.

1

The parties agree to modify the schedule as follows:

| | |
|---|---|
| Judgment and Sentence | February 17, 2012 |
| Reply or statement of non-opposition | February 10, 2012 |
| Motion for correction of the Pre-Sentence Report filed with the Court and served on both Probation and the government no later than | February 3, 2012 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than | January 27, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Office and the government no later than | January 20, 2012 |

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Michael D. Anderson by e mail authorization

DATED: 11-28-11
_____
MICHAEL D. ANDERSON
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 11-28-11      /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
MARIO FELLINI III

# ORDER

The Court has read and considered the parties agreement and stipulations and the Court adopts the parties agreement and stipulations and modifies the Schedule for disclosure of the Pre-Sentence Report and for the Filing of Objections to the Pre-Sentence Report as set forth herein.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 30, 2011.


/s/ Edward J. Garcia

**EDWARD J. GARCIA**
**SENIOR UNITED STATES**
**DISTRICT COURT JUDGE**