**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Gabriel Viramontes

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> GABRIEL RICHARD VIRAMONTES ) <br> ) <br> ) <br> ) <br> Defendant ) <br> ) | No. Cr.S-07-432 EJG <br><br> AMENDED STIPULATION RESCHEDULING RULE 29 MOTION <br><br> AND ORDER |

Pursuant to stipulation between the parties, petitioner's motion pursuant to Rule 29, currently scheduled to be heard on December 2, 2011, is to be continued to January 6, 2012, the date presently set for sentencing in this matter.

DATED November 30, 2011          Respectfully submitted,


                                 /S/ MICHAEL B. BIGLOW
                                 Michael B. Bigelow
                                 Attorney for Defendant

-1-

**IT IS SO STIPULATED**

DATED: November 30, 2011    /s/ MICHAEL B. BIGELOW
                            Michael B. Bigelow
                            Attorney for Defendant

Dated; November 30, 2011    /s/MICAHEL ANDERSON
                            Michael Anderson, AUSA

**ORDER**

**IT IS SO ORDERED**

DATED: November 30, 2011    /s/ Edward J. Garcia

                            Judge, U.S. District Court
                            Eastern District, California