```
 1 | HAYDN-MYER LAW CORPORATION
   | Christopher Haydn-Myer, Bar #176333
 2 | 1478 Stone Point Drive, Suite 400
   | Roseville, California 95678
 3 | Telephone: (916) 622-1703
   | Fax: (916) 760-2767
 4 | email: chrishaydn@sbcglobal.net
 5 | Attorney for Defendant
   | JAMES ROY MARTIN
 6 |
```

FILED

DEC 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-07-00432-EJG |
| Plaintiff, | STIPULATION; [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING TO FRIDAY FEBRUARY 17, 2012 |
| v. | |
| JAMES ROY MARTIN, | |
| Defendant. | |

Defendant, JAMES MARTIN, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Michael Anderson, agree as follows:

It is hereby stipulated that the Judgment and Sentencing currently set for Friday, December 16th, 2011 be vacated and a new Judgment and Sentencing is to be scheduled on February 17th, 2012 at 10:00 a.m.

///
///
///
///
///

1

Dated: December 1st, 2011

Respectfully submitted,

/s/ Christopher Haydn-Myer

CHRISTOPHER HAYDN-MYER
Attorney for Defendant
James Martin

DATED: December 1st, 2011

BENJAMIN B. WAGNER
United States Attorney

/S/ Christopher Haydn-Myer for
Michael Anderson
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Judgment and Sentencing currently set for Friday, December 16th, 2011 be vacated and a new Judgment and Sentencing is to be scheduled on February 17th, 2012 at 10:00 a.m.

Dated: 12/12/11

Edward J. Garcia
Senior United States Federal Judge