1   BENJAMIN B. WAGNER
    United States Attorney
2   MICHAEL D. ANDERSON
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2700

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )    CASE NO. 2:07-cr-00432 EJG
                                   )
11               Plaintiff,        )
                                   )
12       v.                        )    STIPULATION AND
                                   )    ORDER TO CONTINUE JUDGEMENT AND
13  GABRIEL RICHARD VIRAMONTES     )    SENTENCING
                                   )
14                                 )
                                   )
15               Defendant.        )
    _____ )
16

17

18       The parties request that the sentencing hearing in this case

19  be continued from January 6, 2012 to January 27, 2012 at 10:00

20  a.m.  Mr. Bigelow states that he has spoken with the defendant,

21  Gabriel Richard Viramontes, and that the defendant is requesting

22  additional time to discuss and review the P.S.R. with Mr. Bigelow

23  prior to sentencing.

24       The defendant is currently in custody pending sentencing.

25  The proposed January 27, 2012, date accommodates Mr. Bigelow's

26  schedule and government counsel's trial schedule.  Mr. Bigelow

27  requested that government counsel file this stipulation and sign

28  on his behalf.  The United States does not object to this

                                1

request; however, the government is prepared to proceed with sentencing if this request for a continuance is denied.

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: January 5, 2012          By:  /s/ Michael D. Anderson
                                    MICHAEL D. ANDERSON
                                    Assistant U.S. Attorney

DATE: January 5, 2012               /s/ Michael D. Anderson for
                                    MICHAEL BIGELOW
                                    Attorney for Defendant

                                    **SO ORDERED.**

DATE: January 5, 2012

                                    /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    U.S. District Judge