**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MARIO FELLINI, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-00432-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO MODIFY ONE DATE OF THE |
| v. ) | PRE-SENTENCE INVESTIGATION |
| ) | REPORT FILING |
| JAMES ROY MARTIN, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney. Mr. Michael D. Anderson, and defendant MARIO FELLINI, III, by his attorney James R. Greiner, hereby stipulate and agree that all of the dates presently set for the Judgment and Sentencing remain the same for the defendant except for one date:.

The parties agree to modify the schedule as follows:

The Pre-Sentence Report shall be filed with
the Court and disclosed to counsel no later
than                                                                February 2, 2012

All other dates remain the same. The Judgment and Sentencing date remains Friday, February 17, 2012. Probation agrees with this request.

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|  | /s/ Michael D. Anderson by e mail authorization |
| DATED: 1-26-12 | _____<br>MICHAEL D. ANDERSON<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEY FOR THE PLAINTIFF |
| DATED: 1-26-12 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant<br>MARIO FELLINI III |

**ORDER**

The Court has read and considered the parties agreement and stipulations and the Court adopts the parties agreement and stipulation and modifies the Schedule for disclosure of the Pre-Sentence Report as stated herein. All other dates remain the same including the Judgment and Sentencing date remains, Friday, February 17, 2012.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**

DATED: January 27, 2012.

/s/ Edward J. Garcia
_____

**EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE**

2