**MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gabriel Viramontes

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>GABRIEL RICHARD VIRAMONTES　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>_____) | No. Cr.S-07-432 EJG<br><br>REQUEST FOR ORDER TO U.S. MARSHAL THAT DEFENDANT NOT BE TRANSFERRED TO BUREAU OF PRISONS PENDING RESOLUTION OF MATTERS STILL BEFORE THE DISTRICT COURT (PROPOSED ORDER) |

**INTRODUCTION and BASIS FOR REQUEST**

In this matter defendant, Gabriel Viramontes, was sentenced to prison for 57 months on February 17, 2012. On February 24, 2012 defendant filed a timely notice of appeal. On March 14, 2012 defendant filed a motion for bail review pending appeal (automatically served on pre-trial services) which motion is presently pending to be heard on April 6, 2012 at 10:00 AM. Mr. Viramontes has expressed a desire to be present at all court proceedings.

Undersigned has consulted with the United States Marshal's

-1-

Office and has learned that Mr. Viramontes' prison location has been designated and that his transfer from local custody to the Bureau of Prisons and federal prison is imminent. Accordingly, the Marshal's Office has requested this Court issue an order so that it may delay Mr. Viramontes' transfer to a date convenient to the Court. It is suggested that this Court issue an order that Mr. Viramontes remain in local custody until at least May 7, 2012, in order to provide the Court and the parties time to resolve this issue and the as yet unscheduled restitution hearing.

Undersigned has consulted with AUSA Anderson and he is in agreement with this Court's issuing such and order. (Although he does wish to contest defendant's application for bail pending appeal.)

Dated: March 14, 2012           Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**ORDER (Proposed)**

**FOR GOOD CAUSE SHOWN:** It is hereby ordered that the United States Marshal's Office shall retain defendant Gabriel Viramontes in local custody, and not release him to the Bureau of Prisons until May 7, 2012, or further order of this Court.

DATED: March 14, 2012 **/s/ Edward J. Garcia**
**EDWARD J. GARCIA, JUDGE**