```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-432 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER TO EXCLUDE TIME |
| GABRIEL VIRAMONTES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the Restitution Hearing in the above captioned case be continued to June 15, 2012, at 10:00 a.m. for good cause showing. They stipulate that the time between April 9, 2012 and June 15, 2012 should be excluded from the calculation of time under 18 U.S.C. §3664(d)(5). This additional time is necessary for the parties to prepare for the restitution hearing, obtain trial transcripts of relevant testimony, and receive a more detailed accounting from the victims in light of United States v. Yeung, ___ F.3d ___, 2012 WL 432289 (9th Cir. 2012). The parties believe that because of the nature of the entities involved it may be necessary to continue the case beyond the requested June date; however, a further stipulation or motion

will be submitted if that becomes necessary.

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: April 11, 2012                     By:  /s/ Michael D. Anderson
                                              MICHAEL D. ANDERSON
                                              Assistant U.S. Attorney

DATE: April 11, 2012                     /s/ Michael D. Anderson for
                                              MICHAEL BIGELOW
                                              Attorney for Defendant

                                              **SO ORDERED.**

DATE: April 10, 2012                     /s/ Edward J. Garcia
                                              _____
                                              HON. EDWARD J. GARCIA
                                              U.S. District Judge