**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gail.com

Attorney for Defendant
Gabriel Viramontes

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                Plaintiff )<br>     vs. )<br>                            )<br>GABREIL VIRAMONTES )<br>                          )<br>           Defendant ) | No. Cr.S-07-432 EJG<br><br>REQUEST THAT U.S. MARSHALL SERVICE NOT TRANSFER DEFENDANT TO FEDERAL BUREAU OF PRISONS UNTIL JUNE 29, 2012; ORDER |

## INTRODUCTION and BASIS FOR REQUEST

In this matter defendant, Gabriel Viramontes, was sentenced to prison for 57 months on February 17, 2012. The matter is presently set for a restitution hearing on June 15, 2012 at 10:00 AM. Defendant has requested that he be present during that hearing.

However, defendant is presently scheduled to be transferred to the Federal Bureau of Prisons on May 7, 2012. Accordingly, it is respectfully requested that this Court order that defendant's transfer date be continued to **June 29, 2012**. It is suggested

-1-

that the transfer date be continued to two weeks beyond the hearing date in order to accommodate any last minute changes in court dates.)

DATED April 30, 2010          Respectfully submitted,


                              /S/MICHAEL B. BIGELOW
                              Attorney for Defendant


**ORDER**

**IT IS SO ORDERED**

DATED: April 30, 2012

                              /s/ Edward J. Garcia

                              Hon. EDWARD J. GARCIA, Jr.
                              Judge, U.S. District Court
                              Eastern District, California