BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GABRIEL VIRAMONTES,<br><br>　　　　　　　Defendant. | CASE NO. 2:07-cr-0432 EJG<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR BAIL PENDING APPEAL** |

**ORDER**

　　The parties appeared before the Court on April 6, 2012, for the defendant's motion for bail pending appeal pursuant to Title 18, United States Code, Section 3143(b)(1). The Court denied the defendant's motion and instructed the government to prepare a formal order.

　　For the reasons stated by the Court during the hearing, a transcript of which is attached to this order as Exhibit 1 and which is hereby incorporated by reference in its entirety, the defendant's motion for bail pending appeal is denied.

　　It is so ORDERED.

DATED: May 8, 2012

　　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　United States District Judge

1